# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATASHA THOMAS | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 17-5194 |
| v. | : | |
| | : | |
| THE TRUSTEES OF THE | : | |
| UNIVERSITY OF PENNSYLVANIA | : | |
| d/b/a The Presbyterian Medical | : | |
| Center of the University of | : | |
| Pennsylvania Health System | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 23rd day of January 2019, upon consideration of the *motion for summary judgment* filed by Defendant, [ECF 28], the response in opposition filed by Plaintiff, [ECF 31], and Defendant's reply, [ECF 33], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendant's motion for summary judgment is **GRANTED**, and **JUDGMENT** is entered in favor of Defendant and against Plaintiff on all of Plaintiff's claims.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*